LAWRENCE G. BROWN
Acting United States Attorney
DEANNA L. MARTINEZ
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>2007 CHRYSLER 300, LICENSE NUMBER 5ZFM697, VIN: 2C3KA43R87H747024, and,<br><br>APPROXIMATELY $2,883.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | 1:09-CV-00614-LJO-SMS<br><br>**STIPULATED REQUEST TO CONTINUE SCHEDULING CONFERENCE AND ORDER THEREON** |

　　IT IS HEREBY STIPULATED by and between Plaintiff, United States of America and Claimant Rachel Higuera, and her counsel of record, as follows:

　　Claimant Rachel Higuera filed her answer to the complaint on June 3, 2009 and her claim on June 4, 2009. The time to file a claim and answer for two other known potential claimants has not yet expired. The parties request that the Scheduling Conference scheduled for June 17, 2009 at 9:00 a.m. in Courtroom 7 before Magistrate Judge Sandra M. Snyder be continued for 30 days to allow the claim filing deadline to expire and afford any known or unknown potential claimants to

///

///

///

appear and/or to allow plaintiff to enter the clerk's defaults against all non-appearing known potential claimants.

                                                    Respectfully submitted,

Dated: June 12, 2009                            LAWRENCE G. BROWN
                                                    Acting United States Attorney

                                               /s/ Deanna L. Martinez
                                               DEANNA L. MARTINEZ
                                               Assistant United States Attorney

Dated: June 12, 2009                            /s/ Juan M. Falco
                                               JUAN M. FALCON
                                               Attorney for Claimant Rachel Higuera
                                               (Original signature retained by attorney)

The Scheduling Conference hearing is continued from June 17, 2009 at 9:00a.m. to August 13, 2009 at 9:30a.m. before Judge Snyder in Courtroom #7.

IT IS SO ORDERED.

**Dated:   June 15, 2009**                    **/s/ Sandra M. Snyder**
                                               UNITED STATES MAGISTRATE JUDGE