1  BENJAMIN B. WAGNER
   United States Attorney
2  DEANNA L. MARTINEZ
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 1:09-CV-00614-LJO-SMS |
|---|---|
| Plaintiff, | **FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| 2007 CHRYSLER 300, LICENSE NUMBER 5ZFM697, VIN: 2C3KA43R87H747024, and, | |
| APPROXIMATELY $2,883.00 IN U.S. CURRENCY, | |
| Defendants. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture filed herein, the Court finds:

1. This is a civil forfeiture action against defendants 2007 Chrysler 300, License Number 5ZFM697, VIN: 2C3KA43R87H747024 (hereafter "defendant vehicle"), and approximately $2,883.00 in U.S. Currency (hereafter "defendant currency").

2. A Verified Complaint for Forfeiture *In Rem* was filed on April 6, 2009, seeking the forfeiture of the defendant vehicle and defendant currency, alleging that the defendant currency and defendant vehicle are subject to forfeiture to the United States of America pursuant to 21 U.S.C. § 881(a)(6) because the defendant currency and defendant vehicle constitute moneys or other things of value furnished or intended to be furnished in exchange for a controlled substance or listed chemical, all proceeds traceable to such an exchange and/or were used or intended to be used to

facilitate one or more violations of 21 U.S.C. § 841 *et seq.,* and that the defendant vehicle constitutes a conveyance used or intended to be used to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of 21 U.S.C. § 841 *et seq.*, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

3. On April 7, 2009, in accordance with the Complaint, a Warrant for Arrest of Articles *In Rem* for the defendant currency and defendant vehicle was issued and duly executed on the defendant currency on April 15, 2009, and on the defendant vehicle on April 22, 2009.

4. Beginning on May 21, 2009, for at least 30 consecutive days, the United States published notice of this action on the official internet government forfeiture site www.forfeiture.gov as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed with the Court on June 25, 2009.

5. In addition to the public notice of forfeiture, notice was served upon Rachel Higuera, Nestora Cruz Gonzales, and Augustin Gonzales. Claimant Rachel Higuera filed a claim and answer in this action. No other parties have filed claims or answers in this matter, and the time for which any person or entity may file a claim and answer has expired.

6. The Clerk of the Court entered Clerk's Certificates of Entry of Default against Nestora Cruz Gonzales and Augustin Gonzales on June 26, 2009. Pursuant to Local Rule 540, the United States and Claimant Rachel Higuera thus join in a request that as part of this Final Judgment of Forfeiture in this case the Court enter a default judgment against the interest, if any, of Nestora Cruz Gonzales and Augustin Gonzales.

7. Claimant Rachel Higuera represents and warrants that she is the sole owner of the defendant vehicle and defendant currency.

Based on the above findings, and the files and records of the Court, it is hereby

ORDERED AND ADJUDGED:

1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2. Judgment is hereby entered against Rachel Higuera, Nestora Cruz Gonzales, Augustin Gonzales and all other potential claimants who have not filed claims in this action.

3. Upon entry of a Final Judgment of Forfeiture, the defendant approximately $2,883.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

4. Upon entry of a Final Judgment of Forfeiture herein, but no later than 10 days thereafter, the defendant 2007 Chrysler 300, License Number 5ZFM697, VIN: 2C3KA43R87H747024 shall be returned to Claimant Rachel Higuera through her attorney Eric P. Escamilla, Law Office of Eric P. Escamilla, 923 Van Ness Avenue, Suite 100, Fresno, California 93721, telephone (559) 485-2535.

5. Plaintiff United States of America and its servants, agents, and employees, and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the arrest, seizure, or forfeiture of the defendant vehicle and defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said arrest, seizure, or forfeiture, as well as to those now known or disclosed. The parties waive the provisions of California Civil Code § 1542.

6. There was reasonable cause for the seizure and arrest of the defendant vehicle and defendant currency and the Court may enter a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

7. All parties will bear their own costs and attorneys' fees.

SO ORDERED THIS 17th day of   February  , 2010.

                                              /s/ Lawrence J. O'Neill
                                              LAWRENCE J. O'NEILL
                                              United States District Court Judge

### CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed April 6, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for seizure of the defendant vehicle and defendant currency.

IT IS SO ORDERED.

**Dated:   February 17, 2010            /s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE